ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: _March 11, 2019_
START: _10:00 Am_
END: _10:30 Am_

DOCKET NO: _16-cv-06869_

CASE: _Tagaeva et al v. BNV Home Care Agency, Inc. et al_

☐ INITIAL CONFERENCE          ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE        ☐ FINAL/PRETRIAL CONFERENCE
☑ SETTLEMENT CONFERENCE       ☑ TELEPHONE CONFERENCE
☐ MOTION HEARING              ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|-----------|----------|
|  | LaDonna Lusher |
|  | Joel Guldenberg |
|  |  |

| DEFENDANT | ATTORNEY |
|-----------|----------|
|  | Randi Karishmar |
|  | Jed Weiss |
|  |  |

☐ _____ DISCOVERY TO BE COMPLETED BY _____
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court reviews with the parties
their class/collective action settlement papers and
identifies portions that require revisions
(e.g., the setoff discussions; the release
language; the method of sending opt-out
requests; and the right to retain separate
counsel). Their revised papers will be
filed by March 19, 2019.