```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NODIRA TAGAEVA,
```

                          **Plaintiff,**                    **MEMORANDUM**
                                                                        **AND ORDER**

          **-against-**                                  **16-CV-6869 (RLM)**

**BNV HOME CARE AGENCY, INC., et al.,**

                          **Defendants.**
----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

       The Court has reviewed the parties' revised motion for preliminary approval of the class and collective settlement (DE #47) and requires further modifications to be filed by March 29, 2019, as follows:

**I.**      **Settlement Agreement and Release**

       <u>Section 1.4</u>:   Should include language allowing return of the Claim Form by email or fax.

       <u>Section 2.10(D)</u>:   Same as above.

       <u>Section 4.1(B)</u>:   Subheading "(B)" has been blacked out.

       <u>Section 4.1(D)</u>:   A deleted line directly preceding subsection (1) should be re-inserted (i.e., "The opt-in Claim Form shall contain the following language:").

**II.**     **Notice of Settlement of Class and Collective Action Lawsuit**

       <u>Section 7</u>:   Failing to opt-out does *not* release FLSA claims.

       <u>Section 11</u>:   Same as Section 7.

**SO ORDERED.**

**Dated:**     **Brooklyn, New York**
              **March 22, 2019**

                                     /s/  *Roanne L. Mann*
                              **ROANNE L. MANN**
                              **CHIEF UNITED STATES MAGISTRATE JUDGE**